No. 09–10781. ROBINSON v. SULLIVAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–10782. GAVILAN v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 09–10783. FLETCHER v. MCKEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 09–10784. GROVER v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 09–10786. GRAHAM v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 09–10788. COLMAN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 09–10790. CLAGON v. DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–10791. THOMAS v. YATES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–10792. CARTER v. KING, SUPERINTENDENT, SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION. C. A. 5th Cir. Certiorari denied.

No. 09–10794. HIGHTOWER v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 09–10795. HARDWICK v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 09–10798. MARTINEZ-SANTACRUZ v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 09–10806. BAZE v. THOMPSON, COMMISSIONER, KENTUCKY DEPARTMENT OF CORRECTIONS. Sup. Ct. Ky. Certiorari denied.

No. 09–10807. HOWARD, AKA WHITEHEAD v. WASHINGTON STATE PRISON ET AL. Sup. Ct. Ga. Certiorari denied.